**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
RASHEEN COUNCIL,               :
                               :    Civil Action No. 09-4123 (RBK)
              Plaintiff,       :
                               :
          v.                   :    ORDER
                               :
GLOUCESTER TOWNSHIP            :
POLICE DEPARTMENT,            :
                               :
              Defendant.       :    CLOSED
```

By Opinion and Order [2, 3] entered August 20, 2009, this
Court denied Plaintiff's application for leave to proceed in
forma pauperis and ordered the Clerk to administratively
terminate this action without filing the Complaint or assessing a
filing fee.  In particular, the Court noted that Plaintiff had
failed to submit the required six-months institutional account
statement, see 28 U.S.C. § 1915(a)(2).  In its Order, the Court
granted Plaintiff leave to move to re-open, within 30 days
thereafter, by submitting either (1) a complete in forma pauperis
application, including an affidavit of indigence and six-month
prison account statement, certified by the appropriate official
of each prison at which the prisoner is or was confined, or (2)
the $350 filing fee.

This matter is again before the Court upon Plaintiff's
submission of an application for leave to proceed in forma
pauperis, which the Court construes as a request to re-open this
matter.

It appearing that:

The application for leave to proceed in forma pauperis is again deficient, in that it again fails to include the statutorily-required six-months certified institutional account statement;

IT IS, therefore, on this ___24th___ day of ___February___, 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

ORDERED that the request to re-open this matter is DENIED, without prejudice; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.


S/Robert B. Kugler
Robert B. Kugler
United States District Judge